UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | | |
|---|---|---|
| WALTER SCHIMKUS,<br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:16-CV-947-FL** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** The Court finds good cause has been alleged for remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

**This Judgment Filed and Entered on June 20, 2017 and Copies to:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)

Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

DATE

June 20, 2017

PETER A. MOORE, JR., CLERK

(By) Susan K. Edwards, Deputy Clerk